UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2015

DEANNA R. DUNCAN,

                    Plaintiff,

          -against-

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

                    Defendant.

13 Civ. 4717 (AT)(KNF)

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**

ANALISA TORRES, District Judge:

On July 9, 2013, Plaintiff, Deanna R. Duncan, filed this action pursuant to 42 U.S.C. § 405(g) challenging the final decision of Defendant, Commissioner of Social Security, to deny her Supplemental Security Income and disability benefits. On August 1, 2013, the Court referred the matter to Magistrate Judge Kevin Nathaniel Fox. On May 22, 2014, Plaintiff moved for judgment on the pleadings, and on December 12, 2014, Defendant cross-moved.

After careful consideration, Judge Fox issued a Report and Recommendation ("R&R"), proposing that Defendant's motion for judgment on the pleadings be granted and Plaintiff's motion be denied. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error. Accordingly, the Court ADOPTS Judge Fox's R&R in its entirety.

The Clerk of Court is directed to terminate the motions at ECF Nos. 15 and 19 and close the case.

SO ORDERED.

Dated: March 17, 2015
       New York, New York

_____
ANALISA TORRES
United States District Judge